# UNITED STATES DISTRICT COURT

### District of Connecticut

### U. S. Probation Office

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 22nd Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

## MEMORANDUM

May 28, 2021

**To:**  Honorable Michael P. Shea
United States District Judge

**From:** Mallory Scirocco
United States Probation Officer

**Subject:** Rosa, Angel
Dkt. No. 3:13CR00080 (MPS)
**Status Update: Violation of Supervised Release**

On April 15, 2021, Mr. Rosa appeared before the Court for an initial Revocation Hearing following three arrests for domestic violence related charges.

At the conclusion of the hearing, the Court held the resolution of the violation in abeyance to allow the state charges to resolve. In the interim, the Court ordered the following modification to Mr. Rosa's conditions of supervised release: The defendant shall be subject to home detention with GPS monitoring for 60 days. The GPS shall be programmed in such a way that an alert will be triggered should Mr. Rosa enter a specified radius of the victim's residence, in particular, the area of Hartford, East of Maple Avenue, West of Interstate 91, and South of Bond Street. Mr. Rosa is allowed to leave his residence for: Adult Education Classes twice per week, treatment and drug testing obligations, court appearances, probation appointments, and medical appointments or emergencies. He may also leave his home to pursue an employment opportunity, but only with prior notice to, and permission of the supervising probation officer. In the event he obtains employment, he shall provide the hours of employment to the probation officer.

Mr. Rosa has remained compliant with his conditions of home detention and is scheduled to complete this requirement on June 15, 2021. He has provided verification of his GED course to the undersigned officer. The undersigned officer also confirmed with West Hartford Adult Education that the classes taking place at 50 South Main Street, West Hartford, Connecticut, will end on May 20, 2021, and resume in September 2021. Mr. Rosa's teacher provided him with additional resources for GED classes that begin in July 2021 at Global Academy, located in Hartford, Connecticut.

Mr. Rosa' state charges remain pending. He is scheduled to appear in Hartford Superior Court on June 16, 2021, under the following docket numbers:

H14H-CR20-0741580-S
H14H-CR20-0741581-S
H14H-CR20-0743156-S

Should Your Honor wish to discuss this matter further, I am available at Your convenience and can be reached at (860) 240-3666.

cc:

Charles Willson, Assistant Federal Defender
Brian Leaming, Assistant U.S. Attorney