

**UNITED STATES DISTRICT COURT**

District of Connecticut

U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**MEMORANDUM**

August 8, 2022

**To:**      Honorable Michael P. Shea
            United States District Judge

**From:**    Mallory Scirocco
            United States Probation Officer

**Subject:** Rosa, Angel
            Dkt. No. 3:13CR00080-004 (MPS)
            **Status Update: Violation of Supervised Release**

On April 15, 2021, Mr. Rosa appeared before the Court for an initial Revocation Hearing following three arrests for domestic violence related charges.

At the conclusion of the hearing, the Court held the resolution of the violation in abeyance to allow the state charges to resolve. In the interim, the Court ordered the following modification to Mr. Rosa's conditions of supervised release: The defendant shall be subject to home detention with GPS monitoring for 60 days. The GPS shall be programmed in such a way that an alert will be triggered should Mr. Rosa enter a specified radius of the victim's residence, in particular, the area of Hartford east of Maple Avenue, West of Interstate 91, and South of Bond Street. Mr. Rosa is allowed to leave his residence for: Adult Education Classes twice per week, treatment and drug testing obligations, court appearances, probation appointments, and medical appointments or emergencies. He may also leave his home to pursue an employment opportunity, but only with prior notice to, and permission of the supervising probation officer. In the event he obtains employment, he shall provide the hours of employment to the probation officer.

Mr. Rosa remained compliant with his conditions of home detention and the Court granted removal of the GPS monitoring on June 23, 2021.

On September 1, 2021, Mr. Rosa obtained employment with Taco Bell Restaurant. He is currently only working approximately 10-12 hours per week, depending on the availability of shifts. Mr. Rosa was enrolled in a GED preparation course at West Hartford Adult Education in January 2021; however, did not complete the course entirely.

In March 2022, Mr. Rosa reported he had plans to enroll in summer classes for his GED, which were slated to begin in May 2022. On May 9, 2022, the undersigned officer instructed Mr. Rosa to provide an update on his enrollment in a GED course within 30 days. He was provided with various resources, including Hartford Adult Education, and the Hartford Public Library. In addition, he was instructed to contact a career advisor at American Job Center to find out more information about the educational courses and employment resources offered. During follow-up meetings on June 30, 2022 and July 28, 2022, Mr. Rosa reported he had not enrolled in a GED course nor had he contacted the American Job Center.

With regard to treatment, Mr. Rosa was successfully discharged from treatment at Community Renewal Team (CRT) based on his positive progress within the sessions in December 2021. On April 14, 2022, he rendered a positive drug screen for fentanyl. Upon addressing this with Mr. Rosa, he denied fentanyl use; however, he reported he had recently hurt his ankle and took a Percocet pill from a friend. In response, Mr. Rosa has been subject to more frequent randomized drug testing. All subsequent tests have returned negative for the presence of illicit substances. On June 6, 2022, Mr. Rosa participated in a substance abuse evaluation. He was recommended to re-commence individual counseling sessions. He has remained compliant with attendance.

Mr. Rosa's state charges remain pending and there is an active protective order in place. The conditions of the protective order include: 1) The respondent shall not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected party; 2) The respondent shall stay away from the home of the protected party or wherever the protected party shall reside, and 3) Surrender all firearms and ammunition.

In March 2022, Mr. Rosa began participating in the Explore Program, a domestic violence education program through the State of Connecticut. The program is conducted virtually and provides information and skills that individuals need to change their behaviors and improve their current and future relationships. The program is twenty-six (26) sessions in total. On July 28, 2022, the undersigned officer confirmed with the director of the program that Mr. Rosa has completed nineteen (19) sessions so far and is expected to complete the program on September 14, 2022.

Mr. Rosa is scheduled to appear in Hartford Superior Court again on August 18, 2022, under the following docket numbers:

H14H-CR20-0741580-S
H14H-CR20-0741581-S
H14H-CR20-0743156-S

Mr. Rosa's term of supervised release is scheduled to expire on November 7, 2022. Unless Mr. Rosa's term of supervised release is extended, a new term is imposed or Conditions of Release are imposed pursutant to Rule 32, the Probation Office would not continue to supervise him. The Court would however, retain the ability to revoke supervised release beyond the expiration of the term for any period reasonably necessary for adjudication of the matters alleged in the signed Petition, pursuant to 18 U.S.C. 3583(i).

Should Your Honor wish to discuss this matter further, I am available at your convenience and can be reached at (860) 240-3666.

cc:

Charles Willson, Assistant Federal Defender
Brian Leaming, Assistant U.S. Attorney